Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:                                                       CASE NO: 08-70190-HDH-13
JOHN HOWELL WILSON                                           HEARING DATE: 3/18/2009
LINDA LEE WILSON                                             HEARING TIME: 11:00 AM

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2006-08 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 010 0 U | CITIBANK USA | $431.84 | 014 0 U | EXECUTIVE SERVICES | $138.00 |
| 018 0 U | KELL WEST REGIONAL HOSPITAL | $165.71 | 021 0 U | MERCHANTS CREDIT GUIDE | $508.34 |
| 023 0 U | UNITED REGIONAL HEALTH CARE SYSTEM | $2,946.61 | 031 0 U | FIRST NATIONAL BANK | $1,049.58 |
| 032 0 U | HOME DEPOT | $100.00 | 033 0 U | HOME DEPOT | $100.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 011 0 | CLAY CAD | 07-08 PROPERTY TAXES | $2,456.42 | $67,350.00 | | | PD DIRECT BY DEBTOR |
| 013 0 | COMPASS BANK | 04 TITAN | $18,929.89 | $12,600.00 | 8.00% | 60 | $269.42 PAID BY TRUSTEE |
| 015 0 | FIRST NATIONAL BANK | REAL ESTATE - 3261 WEST ARROWHEAD | $53,706.00 | $67,350.00 | | | PD DIRECT BY DEBTOR |
| 024 0 * | WELLS FARGO | 2004 HYUNDAI ACCENT | $4,252.46 | $4,500.00 | 10.00% | 60 | $96.34 PAID BY TRUSTEE |
| **PRIORITY CREDITORS** | | | | | | | |
| 003 0 * | INTERNAL REVENUE SERVICE | 05-07 INCOME TAXES | $10,243.13 | | | 60 | $156.49 PAID BY TRUSTEE |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 008 0 U | ASSET ACCEPTANCE LLC *PURCHASES/LOWES* | $3,003.59 | 009 0 U | B-LINE LLC *PURCHASES/BARCLAYS* | $2,825.67 |
| 012 0 U | CLINICS OF NORTH TEXAS *MEDICAL SERVICES* | $371.30 | 013 1 U | COMPASS BANK *SPLIT CLAIM/04 TITAN* | $6,329.89 |
| 016 0 U | ECAST SETTLEMENT CORPORATION *PURCHASES/LINEN N THINGS/GEMB* | $734.18 | 017 0 U | ECAST SETTLEMENT CORPORATION *PURCHASES/HSBC* | $4,578.04 |

| | | | | | |
|---|---|---|---|---|---|
| 020 0 U | CHASE BANK USA NA | $1,309.27 | 022 0 U | ECAST SETTLEMENT CORPORATION | $1,747.55 |
| | *PURCHASES/KOHLS* | | | *PURCHASES/SAMS* | |
| 025 0 U | ECAST SETTLEMENT CORPORATION | $4,516.06 | 026 0 U | WELLS FARGO FINANCIAL BANK | $4,761.71 |
| | *PURCHASES/WELLS FARGO* | | | *PURCHASES* | |
| 028 0 U * | INTERNAL REVENUE SERVICE | $7,946.37 | 029 0 U * | INTERNAL REVENUE SERVICE | $3,320.96 |
| | *01-03 INCOME TAXES* | | | *PENALTY* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 034 0 U | ECAST SETTLEMENT CORPORATION | $5,932.47 | 035 0 U | WELLS FARGO FINANCIAL BANK | $4,657.81 |
| | *PURCHASES/WELLS FARGO* | | | *PURCHASES* | |
| 036 0 U | WELLS FARGO FINANCIAL BANK | $4,716.59 | 042 0 U * | RESURGENT CAPITAL SERVICES | $418.27 |
| | *PURCHASES* | | | *PURCHASES* | |
| | | | | *Not provided for in confirmed plan.* | |
| 051 0 U * | PORTFOLIO RECOVERY ASSOCIATES LLC | $206.23 | | | |
| | *PURCHASES/SWBELL* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

No Modification Needed

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 3/18/2009 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2006-08 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   1/6/2009                                                                    /s/ Walter O'Cheskey

                                                                                    _____
                                                                                    Walter O'Cheskey
                                                                                    Chapter 13 Trustee

```
AMY BENDER 2938 MCGAHA  WICHITA FALLS TX 76308
ASCENSION CAPITAL GROUP PO BOX 201347  ARLINGTON TX 76006
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BARCLAYS BANK DELAWARE ATTN CUSTOMER SUPPORT DEPARTMENT PO BOX 8833 WILMINGTON DE 19899
B-LINE LLC PO BOX 91121 MS 550 SEATTLE WA 98111
CHASE BANK USA NA C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
CITIBANK USA ATTN  CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
CLAY CAD 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
CLAY CO APPRAISAL DISTRICT C/O AG REIS 101 E OMEGA HENRIETTA TX 76365
CLINICS OF NORTH TEXAS PAYMENT PROCESSING CENTER PO BOX 730852 DALLAS TX 75373
COMPASS BANK C/O NAMAN, HOWELL, SHITH, & LEE PO BOX 1470,  900 WASHINGTON 7TH FLOOR WACO TX 76703
COMPASS BANK PO BOX 10566  BIRMINGHAM AL 35296
COMPASS BANK PO BOX 201347  ARLINGTON TX 76006
ECAST SETTLEMENT CORPORATION PO BOX 35480  NEWARK NJ 07193
EXECUTIVE SERVICES 1200 AUSTIN ST  WICHITA FALLS TX 76301
FIRST NATIONAL BANK PO BOX 94905  WICHITA FALLS TX 76308
GEMB PO BOX 103106  ROSWELL GA 30076
HOME DEPOT PO BOX 9172  DESMOINES IA 50368
HSBC ATTN  BANKRUPTCY DEPARTMENT PO BOX 5213 CAROL STREAM IL 60197
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75248
JOHN HOWELL WILSON & LINDA LEE WILSON 3261 W ARROWHEAD DR  WICHITA FALLS TX 76310
KELL WEST REGIONAL HOSPITAL 5420 KELL WEST BLVD  WICHITA FALLS TX 76310
KELLY MOORE 2602 KEMP  WICHITA FALLS TX 76309
KOHLS PO BOX 3120  MILWAUKEE WI 53201
LINEBARGER GOGGAN BLAIR & SAMPSON 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
MERCHANTS CREDIT GUIDE 223 W JACKSON BLVD  CHICAGO IL 60606
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 12914  NORFOLK VA 23541
PORTFOLIO RECOVERY ASSOCIATES PO BOX 41067  NORFOLK VA 23541
RESURGENT CAPITAL SERVICES PO BOX 10587  GREENVILLE SC 29603
SAMS CLUB PO BOX 103104  ROSWELL GA 30076
UNITED REGIONAL HEALTH CARE SYSTEM 1600 18TH ST  WICHITA FALLS TX 76301
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO FINANCIAL BANK 3201 N 4TH AVE  SIOUX FALLS SD 57104
WELLS FARGO FINANCIAL BANK PO BOX 14487 ATTN PAYMENT PROCESSING DES MOINES IA 50306
WELLS FARGO FINANCIAL BANK PO BOX 5943  SIOUX FALLS SD 57117
WELLS FARGO FINANCIAL PO BOX 10438 WELLS FARGO DISPUTE DES MOINES IA 50306
WELLS FARGO PO BOX 60510  LOS ANGELES CA 90060
WELLS FARGO PO BOX 94423 MAC# Q2132-013 ALBUQUERQUE NM 87199
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```